UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| CARL LEE OLIVE | * | CIVIL ACTION NO. 16-559 |
| --- | --- | --- |
| | * | |
| | * | SECTION: "N"(1) |
| VERSUS | * | |
| | * | JUDGE KURT D. ENGELHARDT |
| | * | |
| NANCY A. BERRYHILL, ACTING | * | MAGISTRATE JUDGE |
| COMMISSIONER OF THE SOCIAL | * | JANIS VAN MEERVELD |
| SECURITY ADMINISTRATION | | |
| ************************************ | * | |

ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Defendants shall pay plaintiff Carl Lee Olive his reasonable attorney's fees in the amount of $4077.50.

New Orleans, Louisiana, this 13th day of September, 2017.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE